# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thapar, Amul R | 2. Court or Organization<br><br>U.S. District Court EDKY | 3. Date of Report<br><br>05/26/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge -- Nominee | 5a. Report Type (check appropriate type)<br><br>☒ Nomination,   Date 5/24/2007<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>1/1/2006<br>to<br>5/26/2007 |
| 7. Chambers or Office Address<br><br>U.S. Attorney's Office<br>260 W. Vine Street, Ste. 300<br>Lexington, Kentucky 40507 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors and Vice Chairman | Appalachia HIDTA |
| 2. Member | Attorney General's Advisory Committee (AGAC) |
| 3. Chairman | AGAC Controlled Substances and Asset Forfeiture Subcommittee |
| 4. Member | AGAC Terrorism Subcommittee, Violent Crime Subcommittee and Child Exploitation and Obscenity Working Group |
| 5. Honorary Non-Voting Board Member | Operation UNITE (Unlawful Narcotics Investigations, Treatment, and Education) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R | 05/26/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ING Direct Savings Account | B | Interest | K | T | Exempt | | | | |
| 2. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. TD Bank USA (Ameritrade Money Market) | A | Interest | K | T | | | | | |
| 4. Fifth Third Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 5. Paypal Inc. (Money Market) | A | Interest | J | T | | | | | |
| 6. Autozone Inc. (AZO) Common | | None | J | T | | | | | |
| 7. Nuance Comm. Inc. (NUAN) Common | | None | J | T | | | | | |
| 8. Select Comfort Corp. (SCSS) Common | | None | J | T | | | | | |
| 9. Volcom Inc. (VLCM) Common | | None | J | T | | | | | |
| 10. Accenture Ltd (ACN) Common | A | Dividend | J | T | | | | | |
| 11. Dawson Geophysical Co. (DWSN) Common | | None | J | T | | | | | |
| 12. Electro Scientific Indus. Inc. (ESIO) Common | | None | J | T | | | | | |
| 13. Hussman Strategic Growth Fund (HSGFX) | A | Dividend | J | T | | | | | |
| 14. Lloyds TSB Group ADR (LYG) | A | Dividend | J | T | | | | | |
| 15. Grupo Areoportuario Del Pac (PAC) | | None | J | T | | | | | |
| 16. Universal Technical Institute (UTI) Common | | None | J | T | | | | | |
| 17. Zumiez Inc. (ZUMZ) Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 = $25,000,001 - $50,000,000 | R = Cost (Real Estate Only) | P4 = More than $50,000,000 | T = Cash Market | |
| | Q = Appraisal | V = Other | S = Assessment | | |
| | U = Book Value | | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Activdentity Corp. (ACTI) Common | | None | J | T | | | | | |
| 19. Chipotle Mexican Grill Inc. (CMG/B) Common | | None | J | T | | | | | |
| 20. Columbia Sportswear Co. (COLM) Common | A | Dividend | J | T | | | | | |
| 21. Endurance Specialty Holdings (ENH) Common | A | Dividend | J | T | | | | | |
| 22. Middelby Corp. (MIDD) Common | | None | J | T | | | | | |
| 23. Wexford TR Muhlenkamp FD (MUHLX) | A | Dividend | J | T | | | | | |
| 24. New York & Company (NWY) Common | | None | J | T | | | | | |
| 25. Portfolio Recovery Assoc. (PRAA) Common | | None | J | T | | | | | |
| 26. RC2 Corporation (RCRC) Common | | None | J | T | | | | | |
| 27. Fannie Mae (FNM) Common | A | Dividend | J | T | | | | | |
| 28. Home Depot Inc. (HD) Common | A | Dividend | J | T | | | | | |
| 29. Montpelier Re Holdings Ltd (MRH) Common | A | Dividend | J | T | | | | | |
| 30. Neenah Paper Inc. (NP) Common | A | Dividend | J | T | | | | | |
| 31. Sanderson Farms Inc. (SAFM) Common | A | Dividend | J | T | | | | | |
| 32. United Fire & Casualty Company (UFCS) Common | A | Dividend | J | T | | | | | |
| 33. Berkshire Hathaway Inc. Del Class B (BRK.B) Common | | None | K | T | | | | | |
| 34. Celsstar Corp. (CLST) Common | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R | 05/26/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cryptologic Inc. (CRYP) Common | A | None | J | T | | | | | |
| 36. Flamel Tech Spon ADR (FLML) | | None | J | T | | | | | |
| 37. Fording Canadian Coal Trust (FDG) Common | A | Dividend | J | T | | | | | |
| 38. Freightcar America Inc. (RAIL) Common | | None | J | T | | | | | |
| 39. Intel Corp. (INTC) Common | A | Dividend | J | T | | | | | |
| 40. Microsoft Corp. (MSFT) Common | A | Dividend | J | T | | | | | |
| 41. PW Eagle Inc. (PWEI) Common | A | Dividend | J | T | | | | | |
| 42. Buffalo Wild Wings (BWLD) Common | | None | J | T | | | | | |
| 43. CTRIP.com International (CTRP) Common | | None | J | T | | | | | |
| 44. Formfactor Inc. (FORM) Common | | None | J | T | | | | | |
| 45. Inventiv Health Inc. (VTIV) Common | | None | J | T | | | | | |
| 46. Rofin-Sinar Technologies Inc. (RSTI) Common | | None | J | T | | | | | |
| 47. Unico Amern Corp. (UNAM) Common | | None | J | T | | | | | |
| 48. United Health Group Inc. (UNH) Common | A | Dividend | J | T | | | | | |
| 49. Advance Cash America (AEA) Common | A | Dividend | J | T | | | | | |
| 50. Altria Group Inc. (MO) Common | A | Dividend | J | T | | | | | |
| 51. Anheuser Busch Cos. Inc. (BUD) Common | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Federated Investors Inc. (FII) Common | A | Dividend | J | T | | | | | |
| 53. Pfizer Inc. (PFE) Common | A | Dividend | J | T | | | | | |
| 54. Kraft Foods Inc. (KFT) Common | A | Dividend | J | T | | | | | |
| 55. Medco Health Solutions (MHS) Common | | None | J | T | | | | | |
| 56. McDonalds (MCD) Common | A | Dividend | J | T | | | | | |
| 57. Bristol-Myers Squibb (BMY) Common | A | Dividend | | | | | | | |
| 58. Harley Davidson (HOG) Common | A | Dividend | | | | | | | |
| 59. Encore Wire (WIRE) Common | A | Dividend | | | | | | | |
| 60. Merck (MRK) Common | A | Dividend | | | | | | | |
| 61. Federal Express (FDX) Common | A | Dividend | | | | | | | |
| 62. Fresh Del Monte Produce (FDP) Common | A | Dividend | | | | | | | |
| 63. Alderwoods Common | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R | 05/26/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Filer received non-reportable salary during the reporting period for services as an employee of the United States Government.

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R | 05/26/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date **5/26/07**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 57 | 089 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 88 | 894 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | 772 |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid income and interest | | | |
| Doubtful | | | Real estate mortgages payable-add schedule | | 218 | 083 |
| Real estate owned-add schedule | 375 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | | |
| Autos and other personal property | 41 | 635 | | | | |
| Cash value-life insurance | | | | | | |
| Other assets itemize: | | | | | | |
| TSP Accounts | 128 | 609 | | | | |
| Paypal Inc. Money Market fund | | 805 | | | | |
| | | | Total liabilities | | 218 | 855 |
| | | | Net Worth | | 473 | 177 |
| Total Assets | 692 | 032 | Total liabilities and net worth | | 692 | 032 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |